UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD, | CASE NO. C19-0431-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PATRICIA THOMAS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for an extension of time to file objections (Dkt. No. 23) to the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 21). Having thoroughly reviewed the motion and the relevant record, the Court hereby GRANTS the motion. Plaintiff's objections to the report and recommendation, if any, shall be filed no later than October 4, 2019. The Clerk is DIRECTED to re-note Judge Peterson's report and recommendation (Dkt. No. 21) to October 4, 2019.

//

//

//

1   DATED this 3rd day of September 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk

MINUTE ORDER
C19-0431-JCC
PAGE - 2