UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD, | CASE NO. C19-0431-JCC |
| Plaintiff, | ORDER |
| v. | |
| PATRICIA THOMAS, | |
| Defendant. | |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 21). Plaintiff has not filed objections to the report and recommendation. Having thoroughly considered the report and recommendation and the relevant record, the Court finds oral argument unnecessary and hereby ORDERS that:

1. The report and recommendation (Dkt. No. 21) is ADOPTED;
2. Defendant's motion for summary judgment (Dkt. No. 11) is GRANTED;
3. This action is DISMISSED with prejudice; and
4. The Clerk is DIRECTED to send copies of this order to Plaintiff and Judge Peterson.

//

//

//

1       DATED this 8th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE